UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BRAD CREAGER, ESTATE OF HOLLY
CREAGER, by and through its Personal
Representative, Brad Creager,

                Plaintiffs,

v.

OPTUM, INC.,

                Defendant.

6:16-cv-1396-JR

JUDGMENT

RUSSO, Magistrate Judge:

    Judgment is entered in favor of plaintiffs and against defendant in the amount of $1,001.00.

In addition, defendant shall pay plaintiff's reasonable costs and attorney's fees.

    DATED this 22nd day of July 2016.

                                               JOLIE A. RUSSO
                                               United States Magistrate Judge

Page 1 - JUDGMENT