UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| BRAD CREAGER, ESTATE OF HOLLY CREAGER, by and through its Personal Representative, Brad Creager,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM, INC.,<br><br>Defendant. | Case No. 16-CV-01396-JR<br><br>ORDER STRIKING NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT, ACCEPTED OFFER OF JUDGMENT, AND VACATING JUDGMENT |

Upon the parties' stipulation, the court hereby orders the following:

(1) Both the Notice of Acceptance of Offer of Judgment and Accepted of Offer of Judgment filed by Plaintiff Brad Creager and their attachments are stricken, [Dkts. 6 & 7.]; and

(2) The Judgment [Dkt. 9] is vacated.

Date: 10/4/2016

_____
Judge: Hon. Jolie A. Russo