UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| BRAD CREAGER, ESTATE OF HOLLY CREAGER, by and through its Personal Representative, Brad Creager,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM, INC.,<br><br>Defendant. | Case No. 16-CV-01396-JR<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Upon the parties' stipulation, the court hereby orders this matter be dismissed with prejudice and without costs pursuant to Fed.R.Civ.P 41(a).

Date: 11/3/2016

_____
Judge: Hon. Jolie A. Russo