IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRAD CREAGER; ESTATE OF HOLLY CREAGER, | |
| Plaintiffs, | 6:16-cv-01396-JR |
| V. | JUDGMENT |
| OPTUM, INC., | |
| Defendant. | |

This matter is dismissed with prejudice and without costs.

Dated this 3rd day of November 2016.

                                                 Mary L. Moran, Clerk of Court

                                                 by: s/P. Bruch
                                                        Paul Bruch, Deputy Clerk